IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GOVERNMENT RELATIONS, INC.
1050 Seventeenth Street, NW, Suite 510
Washington, D.C. 20036

    Plaintiff,

v.

ALLYNN HOWE
11005 Sweet Meadow drive
Oakton, Virginia 22124

    Defendant.

Civil Action No. _____

CASE NUMBER 1:05CV01081

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Contract

DATE STAMP: 05/31/2005

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Allynn Howe files this notice of removal to remove Civil Action No. 05-0003560 from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. Grounds for removal are as follows:

1. Allynn Howe is the named Defendant in Civil Action No. 05-0003560, filed on May 6, 2005, in the Superior Court of the District of the District of Columbia, Civil Division.

2. Defendant Allynn Howe was provided[1] with the Summons, Complaint and Initial Order on May 9, 2005.

3. This Notice of Removal is filed within thirty days after receipt by Howe of the Summons, Complaint and Initial Order and is therefore timely under 28 U.S.C. § 1446(b).

4. Removal is proper pursuant to 28 U.S.C. § 1441(a). This Court has original jurisdiction over the above-described action under 28 U.S.C. § 1332 based on diversity of citizenship.

---

[1] Upon information and belief, these documents were not properly served on Allynn Howe.

      a.      The parties are citizens of different states. As described in the complaint, Plaintiff Government Relations is a corporation with its principal place of business in the District of Columbia. Complaint, ¶ 1. Defendant Allynn Howe is a resident of the Commonwealth of Virginia. Complaint, ¶ 2. Thus, there is complete diversity between the Plaintiff and the Defendant.

      b.      This is a civil action in which the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs. In its complaint Government Relations seeks damages of at least $200,000, as well as the disgorgement of fees earned by Mr. Howe, repayment of Mr. Howe's salary, damages for loss of business and business opportunity, loss of goodwill, and punitive damages. Complaint, ¶ 16.

5. A copy of the Summons, Complaint and Initial Order is attached hereto as Exhibit A, which is the only pleading or order served on Allynn Howe in this matter thus far.

6. As required by 28 U.S.C. § 1446(d), Howe is providing written notice of the filing of this Notice of Removal to counsel for Plaintiff, and will promptly file a file-stamped copy of this Notice with the Clerk of the Superior Court for the District of Columbia. A copy of the Notice to Plaintiff of Filing Notice of Removal is attached hereto as Exhibit B.

                                  Respectfully submitted,

                                    By: _____
                                    Todd A. Bromberg #472554
                                    **WILEY REIN & FIELDING LLP**
                                    1776 K Street NW
                                    Washington, DC  20006
                                    TEL: 202.719.7000
                                    FAX: 202.719.7049

                                    *Attorney for Defendant Allynn Howe*

Dated: May 31, 2005