IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| GOVERNMENT RELATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLYNN HOWE, <br><br> Defendant. | Civil Action No. 05-0003560 <br> Judge Patricia A. Broderick |

### NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), this constitutes written notice that Defendant Allynn Howe has this day filed the attached Notice of Removal in the United States District Court for the District of Columbia, *see* Exhibit A, with a copy to the Superior Court of the District of Columbia, thereby affecting removal of this matter from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

By: /s/ Todd A. Bromberg
Todd A. Bromberg #472554
**WILEY REIN & FIELDING LLP**
1776 K Street NW
Washington, DC 20006
TEL: 202.719.7000
FAX: 202.719.7049

*Attorney for Defendant Allynn Howe*

Dated: May 31, 2005

05 1081

**FILED**

MAY 3 1 2005

NANCY MAYER WHITTINGTON, CLERK

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, the foregoing Notice To Plaintiff of Filing of Notice of Removal served upon the attorney of record for the other party by first class mail, postage prepaid, and properly addressed, as follows:

David E. Fox, Esq.
1325 Eighteenth Street, NW
Suite 103
Washington, D.C., 20036

*Attorney for Plaintiff Government Relations, Inc.*

Todd A. Bromberg

WRFMAIN 12336573.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, the foregoing Notice of Removal was served upon the following listed person by first class mail, postage prepaid, and properly addressed:

David E. Fox, Esq.
1325 Eighteenth Street, NW
Suite 103
Washington, D.C., 20036

*Attorney for Plaintiff Government Relations, Inc.*

Todd A. Bromberg

WRFMAIN 12336572.1

3