**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GOVERNMENT RELATIONS, INC.,

                Plaintiff,

      v.

ALLYNN HOWE,

                Defendant.

Civil Action No.  1:05-cv-1081

**ORDER ON DEFENDANT'S MOTION TO DISMISS**

UPON CONSIDERATION of the Defendant's Partial Motion to Dismiss Counts II, III, IV, V and VI of the Complaint for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6), the response thereto, and the entire record, it is this _____ day of _____, 2005,

ORDERED that the Defendant's Partial Motion to Dismiss shall be GRANTED; and that this action is hereby DISMISSED with prejudice as to Counts II, III, IV, V and VI.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**


I hereby certify that on this 7th day of June, 2005 a copy of the foregoing Defendant's Motion to Dismiss And Memorandum In Support Of Its Motion To Dismiss, and proposed Order were served via electronic filing, pursuant to Local Rule 5.4(d)(1), upon David Fox, attorney for Plaintiff Government Relations, Inc.


      _____/s/ Todd A. Bromberg_____
      Todd A. Bromberg