**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **GOVERNMENT RELATIONS, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:05cv01081 |
| v. ) | |
| ) | Judge: **Kollar-Kotelly** |
| **ALLYNN HOWE** ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW Plaintiff Government Relations, Inc., by and through counsel, pursuant to FRP-Civil 6 (b) and Local Rule 7.1, to hereby request an enlargement of time up to and including June 28, 2005, within which to file its Response In Opposition To Defendants' Motion To Dismiss Plaintiff's Complaint for the reasons more fully set out in the attached Memorandum.

Respectfully submitted,

　　　／s／　　　
David E. Fox, Esq.
*Attorney for Plaintiff*
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C.  20036
(202) 955-5300
FAX (202) 872-0200

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GOVERNMENT RELATIONS, INC.** ) ) ) Plaintiff, ) ) v. ) ) **ALLYNN HOWE** ) ) Defendant. ) ) | Case No.: 1:05cv01081 Judge: **Kollar-Kotelly** |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR ENLARGEMENT OF TIME**

COMES NOW PLAINTIFF Government Relations, Inc., by counsel, and in support of its above Motion states:

1. Plaintiff here cites FRP-Civil 6 (b) and Local Rule 7.1 in support of its Motion.

2. Plaintiff's counsel was in trial for most of the past week.

3. The issues raised in Defendants' Motion are complex and require extensive research in order that they be properly briefed, and the additional week requested to respond to Defendant's Motion will allow for the thorough job the issues demand.

4. Plaintiff's counsel spoke today, June 20, 2005, with Todd A. Bromberg, Esq., counsel for the Defendant to ask whether Defendant would consent to the granting of this Motion and

Seth J. Blonder, Esq., of Mr. Bromberg's office called back later to state that Defendant would agree to a week's extension for the response to Defendant's above Motion.

                                        Respectfully submitted,

                                        _____/s/_____
                                        David E. Fox, Esq.
                                        *Attorney for Plaintiff*
                                        1325 Eighteenth Street, N.W.
                                        Suite 103
                                        Washington, D.C.  20036
                                        (202) 955-5300
                                        FAX (202) 872-0200

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Motion For Enlargement Of Time Within Which To Respond In Opposition To Defendants' Motion To Dismiss Plaintiff's Complaint, Memorandum In Support Of Plaintiff's Motion and proposed Order, were served via electronic filing, pursuant to Local Rule 5.4(d)(1), upon Todd A. Bromberg, Esq. this __20th__ day of June, 2005.

                                        _____/s/_____
                                        David E. Fox

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **GOVERNMENT RELATIONS, INC.** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **ALLYNN HOWE** ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:05cv01081 <br><br> Judge: **Kollar-Kotelly** |

## ORDER

UPON CONSIDERATION OF plaintiff Government Relations, Inc.'s Motion For Enlargement Of Time Within Which To Respond To Defendants' Motion To Dismiss Plaintiff's Complaint (unopposed and consented to by defendant), and Plaintiff's Memorandum In Support Of Plaintiff's Motion, it is this _____ day of _____, 2005,

ORDERED, that plaintiff's above Motion be and hereby is GRANTED, and plaintiff's response to Defendants' Motion To Dismiss Plaintiff's Complaint is due on or before June 28, 2005.

_____
Judge, United States District Court
For The District Of Columbia

copies to:

Todd A. Bromberg, Esq.,  
Wiley Rein & Fielding LLP  
1776 K Street, NW  
Washington, DC 20006  
*Counsel for defendant Howe*

David E. Fox, Esq.  
1325 Eighteenth Street, NW  
Suite 103  
Washington, DC 20036  
*Counsel for plaintiff Government Relations, Inc.*