**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **GOVERNMENT RELATIONS, INC.** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **ALLYNN HOWE** ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:05cv01081 <br><br> Judge: **Kollar-Kotelly** |

**PLAINTIFF'S SUPPLEMENT TO IT'S OPPOSITION TO DEFENDANT'S MOTION DISMISS [Counts 2,3,4,5, and 6 of] PLAINTIFF'S COMPLAINT AND REQUEST FOR A HEARING ON THE MOTION**

COMES NOW Plaintiff Government Relations, Inc. (GRI), by and through counsel, to supplement its opposition to Defendant's Motion To Dismiss as follows:

1. Plaintiff submits the attached Affidavit of Jason Pavluchuk for the Court's consideration in support of its Opposition, previously filed.

2. Plaintiff respectfully requests a hearing on Defendant's Motion.

Respectfully submitted,

 /s/
David E. Fox, Esq.
*Attorney for Plaintiff*
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036
(202) 955-5300
FAX (202) 872-0200

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GOVERNMENT RELATIONS, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:05cv01081 |
| v. ) | |
| ) | Judge: **Kollar-Kotelly** |
| **ALLYNN HOWE** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**AFFIDAVIT OF JASON PAVLUCHUK**

Jason Pavluchuk, being first duly sworn on oath, hereby states:

1. I am an employee of Government Relations, Inc., and I have been so employed since January 1, 2000.

2. During 2004, I was on a business trip to Los Angeles, California, as an employee of Government Relations, Inc., along with the defendant in this case, Allynn Howe, then also an employee of Government Relations, Inc.

3. While on the above business trip on behalf of Government Relations, Inc., I saw Mr. Howe offer his individual services to several entities; the city of Cerritos, Cerritos College, the Orange Line Development Authority and the Cerritos College Development Foundation, all potential Government Relations, Inc., clients. The opportunity to sign these potential clients and the work Mr. Howe sought was directly derived from the work we were doing for a major Government Relations, Inc., client on whose behalf we were then in Los Angeles.

4. At another time during Mr. Howe's employment with Government Relations, Inc., I saw a draft contract for consulting work to be done by him for his own profit. Both the client, a College Foundation and the specific work described in the above draft contract, was a client and

work we were supposed to be soliciting at the time on behalf of our employer, Government Relations, Inc.

     5. At another time, while he was still a Government Relations, Inc., employee, Mr. Howe offered to hire me to help him work on a project he was seeking for his own profit from a then current Government Relations, Inc., client.

     6. Part of both his and my job at Government Relations, Inc., was to solicit on behalf of Government Relations, Inc., the exact sort of work described above, which Mr. Howe was instead soliciting for his own exclusive personal benefit.

     7. At some point during the year 2004, Mr. Howe went to capitol hill and met with members of Congress/staff members for a client called AFRI-HUB and told me, "I would never give GRI a dime of this". At this time he was still an employee of GRI and working out of the GRI office in Washington, D.C.

     8. During the summer and fall of 2004, Mr. Howe, while still a GRI employee, sought business for himself alone from the city of Dayton, and the city of Troutwood. He traveled to both cities, took potential clients to lunch at GRI expense and used GRI proprietary strategies in his attempt to induce these potential clients to hire him, and he used private information obtained by GRI in his marketing effort.

     FURTHER, affiant sayeth not.

                                                          /s/
                                              Jason Pavluchuk

     SUBSCRIBED TO AND SWORN before me this ____ day of _____,2005.

                                              NOTARY PUBLIC

     My commission expires: _____

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Plaintiff's Supplement To It's Response In Opposition To Defendants' Motion To Dismiss Plaintiff's Complaint, and Affidavit in support thereof, were served via electronic filing, pursuant to Local Rule 5.4(d)(1), upon Todd A. Bromberg, Esq.

this __8th__ day of July, 2005.

                                                                         /s/
                                                    David E. Fox