IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Government Relations, Inc.,     ) | |
|                                ) | |
|           Plaintiff,    ) | |
|                                ) | |
| v.                               ) | Civil Action No. 1:05-cv-1081 (CKK) |
|                                ) | |
| Allynn Howe,             ) | |
|                                ) | |
|           Defendant.    ) | |
|                                ) | |

**DEFENDANT'S MOTION TO DISMISS
AMENDED COMPLAINT**

Pursuant to Fed.R.Civ.P. 12(b)(6) and LCvR 7(b), Defendant Allynn Howe hereby moves to dismiss Plaintiff's Amended Complaint in its entirety for failure to state a claim for which relief may be granted. In support of this motion, Defendant relies upon the points and authorities set forth in the accompanying memorandum.

Respectfully submitted,

/s/ Anne M. Wagner
Anne M. Wagner, D.C. Bar No.
820 First Street, NE
Suite 580
Washington, D.C. 20002
(202) 512-3836 (phone)
(202) 512-7522 (fax)

/s/ Todd A. Bromberg
Todd A. Bromberg #472554
**WILEY REIN & FIELDING LLP**
1776 K Street NW
Washington, DC 20006
TEL: 202.719.7000
FAX: 202.719.7049
*Attorneys for Defendant Allynn Howe*

Dated: June 9, 2006