IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Government Relations, Inc., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-1081 (CKK) |
| ) | |
| Allynn Howe, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of Defendant's Motion to Dismiss the Amended Complaint the Memorandum in support thereof, any opposition thereto, all other proceedings in this action, it is hereby

ORDERED that Defendant's Motion to Dismiss Amended Complaint is granted,

And, it is further

ORDERED that the Plaintiff's Amended Complaint is hereby dismissed with prejudice.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

cc: Anne M. Wagner
 D.C. Bar No. 435728
 820 First Street, NE, Suite 580
 Washington, D.C. 20002
 wagnea@aol.com

 Todd A. Bromberg
 D.C. Bar No. 472554
 Wiley Rein & Fielding LLP
 1776 K Street NW
 Washington, DC  20006
 tbromberg@wrf.com