### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT RELATIONS, INC. ) | |
| ) | |
| *Plaintiff/Counter-Defendant* ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-1081 |
| (CKK) | |
| ) | |
| SUSAN RENE DYER ) | |
| ) | |
| *Defendant/Counter-Plaintiff.* ) | |
| ) | |

### MOTION TO ENLARGE TIME

**COMES NOW**, Plaintiff Government Relations, Inc. by and through counsel and moves for an enlargement of time to Respond in Opposition to Defendant's Motion to Dismiss the Amended Complaint.

In Support of its Motion, Plaintiff states that although Defendant's Motion was available on the internet (it was not served by traditional mail), counsel did not see it when filed as he was in Los Angeles at his daughter's graduation staying at a small hotel that had no computer services. Moreover, a paralegal charged with monitoring his "computer" cases (Federal Court) had a diabetes "attack" and her blood sugar was five (5) times normal. Hence, on his return, to Washington it took him several days to note the filing.

Plaintiff called Ms. Wagner to ask if she would consent to an enlargement of time to respond and she declined to do so.

For the reasons stated and those in the attached Memorandum, Plaintiff prays for fourteen (14) days to respond to Defendant's Motion.

Respectfully submitted,

_____
David E. Fox, Esq.
DC Bar No. 165258
1325 18th Street, NW - Suite 103
Washington, DC 20036
(202) 955-5300
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT RELATIONS, INC. ) <br> ) <br> *Plaintiff/Counter-Defendant* ) <br> ) <br> v. ) <br> (CKK) <br> ) <br> SUSAN RENE DYER ) <br> ) <br> *Defendant/Counter-Plaintiff.* ) <br> ) | Civil Action No. 1:05-cv-1081 |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF MOTION TO ENLARGE TIME**

On June 21, 2006, counsel found Defendant's Motion to Dismiss the Amended Complaint on the electronic view mechanism available at the Court the past two (2) years.

He had traveled to his daughter's college graduation in Los Angeles and there stayed at a European Style hotel (the Hilgard House) that has no computers available.

The Motion was not served by mail. Further, although counsel (a sole practitioner) had charged a paralegal with the duty of monitoring his Federal Court cases (on the computer), she fell ill with a diabetic problem. Blood sugar at five (5) times the normal with hospital treatment required. Moreover, counsel had three (3) Court hearings on his return.

Faced with a time problem, counsel sought voluntary agreement of Defendant's counsel to an enlargement of time. She declined.

Accordingly, as the instant Motion is a dispositive Motion, and as the law favors decisions on the merits, and as the Motion is meritorious, Plaintiff prays for a fourteen

(14) day enlargement of time within which to respond to Defendant's Motion.

                                          Respectfully submitted,

                                          _____
                                          David E. Fox, Esq.
                                          DC Bar No. 165258
                                          1325 18th Street, NW - Suite 103
                                          Washington, DC 20036
                                          (202) 955-5300
                                          *Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GOVERNMENT RELATIONS, INC.** ) <br> ) <br> *Plaintiff/Counter-Defendant* ) <br> ) <br> **v.** ) <br> **(CKK)** <br> ) <br> **SUSAN RENE DYER** ) <br> ) <br> *Defendant/Counter-Plaintiff.* ) <br> ) | **Civil Action No. 1:05-cv-1081** |

### ORDER

**UPON CONSIDERATION** of Plaintiff's Motion to Enlarge Time and it appearing to the Court appropriate to do so, the Plaintiff's Motion is **GRANTED**. The Plaintiff's opposition to the Motion to Dismiss shall be filed by _____, 2006

That Plaintiff's request to Shorten Time to Answer is **GRANTED**.


_____
**UNITED STATES DISTRICT COURT JUDGE**

cc:   David E. Fox, Esq.
      1325 18th Street, NW
      Suite 103
      Washington, DC  20036

      Anne M. Wagner, Esq.
      820 First Street, NE
      Suite 580
      Washington, DC  20002

Todd A. Bromberg, Esq.
Wiley Rein & Fielding, LLP
1776 K Street, NW
Washington, DC  20006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of _____ _____, 2006, I caused a copy of the foregoing Motion to Enlarge Time, Memorandum of Points and Authorities In Support thereof, and proposed Order to be mailed by first class mail, postage prepaid to Anne M. Wagner, Esq., 820 First Street, NE, Suite 580, Washington, DC  20002 and Todd A. Bromberg, Esq., Wiley Rein & Fielding, LLP, 1776 K Street, NW, Washington, DC  20006.

David E. Fox, Esq.