**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Government Relations, Inc., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-1081 (CKK) |
| ) | |
| Allynn Howe, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion To Enlarge Time, Memorandum in support thereof, and Defendant's Opposition thereto, and all other proceedings in this action, it is hereby

ORDERED that Plaintiff's motion for an enlargement of time within which to oppose Defendant's motion to dismiss is denied, and it is

FURTHER ORDERED that Defendant's motion to dismiss is hereby treated as conceded pursuant to Local Civil Rule 7(b).

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

cc:   Anne M. Wagner
      D.C. Bar No. 435728
      820 First Street, NE, Suite 580
      Washington, D.C. 20002
      wagnea@aol.com
      *Lead Counsel for Defendant Allynn Howe*

Todd A. Bromberg
D.C. Bar No. 472554
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC  20006
 tbromberg@wrf.com

David Fox
Attorney at Law
1325 18th Street, NW
Suite 103
Washington, D.C. 20036