Electronic Document Stamp                                    Page 1 of 2

> Reminder: AOL will never ask you to send us your password or credit card number in an email. This message has been scanned for known viruses.
>
> From: Tawana_Davis@dcd.uscourts.gov
> To: wagnea@aol.com
> Subject: Electronic Document Stamp
> Date: Mon, 26 Jun 2006 09:48:25 -0400

```
Subject:Activity in Case 1:05-cv-01081-CKK GOVERNMENT RELATIONS INC v. HOWE
"Motion to Dismiss"
Content-Type: text/html


***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once
without charge. To avoid later charges, download a copy of each document
during this first viewing.


                            U.S. District Court

                            District of Columbia


Notice of Electronic Filing

The following transaction was received from Wagner, Anne M. entered on
6/9/2006 at 10:47 AM and filed on 6/9/2006

Case Name:          GOVERNMENT RELATIONS INC v. HOWE

Case Number:        1:05-cv-1081

Filer:              ALLYNN HOWE

Document Number:    18




Docket Text:
MOTION to Dismiss Amended Complaint by ALLYNN HOWE. (Wagner, Anne)


The following document(s) are associated with this transaction:


Document description:Main Document
Original filename:C:\Documents and Settings\SMITHL\Desktop\05-1081CKK Defs
Motion to Dismiss.pdf
Electronic document Stamp:
[STAMP dcecfStamp_ID=973800458 [Date=6/9/2006] [FileNumber=1129701-0]
[0=c4fdcba3391eb563c384ee1a169a6be898193417f96980916b9f0435f7bb40cf04
ea994f754f5dcf2cd32c7b62c7fb902135d4b61253c33d526c32282571a]]




1:05-cv-1081 Notice will be electronically mailed to:

Todd A. Bromberg     tbromberg@wrf.com
```

http://m02.webmail.aol.com/17789/aol/en-us/mail/display-message.aspx   6/26/2006

DEFENDANT'S EXHIBIT 1

Electronic Document Stamp

Page 2 of 2

David E. Fox     dfox159937@aol.com

Anne M. Wagner    wagnea@aol.com

1:05-cv-1081 Notice will be delivered by other means to: