IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Government Relations, Inc., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-1081 (CKK) |
| ) | |
| Allynn Howe, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**DECLARATION OF ANNE M. WAGNER**

I, Anne M. Wagner, do hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. My name is Anne M. Wagner. I am an attorney representing Defendant Allynn Howe in this proceeding.

2. On June 23, 2006, a person identifying himself as David Fox telephoned me on behalf of GRI to ask my consent to enlarge the time for filing GRI's opposition to Defendant Allynn Howe's pending Motion to Dismiss. For the reasons set forth in the Opposition, I declined that request.

3. In the discussion leading up to request, Mr. Fox indicated to me that he had been in Los Angeles attending his daughter's graduation from the University of California, Los Angeles.

I swear that the foregoing is true and correct to the best of my knowledge, and if called upon, would so testify.

Dated: June 26, 2006

*[signature]*
Anne M. Wagner
D.C. Bar No. 435728

-1-

DEFENDANT'S EXHIBIT 2