

# UCLA COLLEGE COMMENCEMENT

College Commencement Home | Letter From the Executive Dean | College Honors Ceremony | Department Gr

Tickets | Timeline & Dates | FAQ | Faculty Information | Speakers | Phi Beta Kappa Ceremony | Contac

**Related Links**
UCLA Commer
Cap & Gown
Photogra by
Alumni Associ
Disability Acce
Parking
Shopping
Dining
Hotels
Weather

## UCLA College of Letters and Science
## Information for Commencement Weekend
Friday, June 16 – Sunday, June 18, 2006

If you are graduating this year from the UCLA College of Letters and Science, this Web site is for you. Here you'll find everything you need to know about the 2006 College Commencement Weekend, from Friday, June 16 to Sunday, June 18.

We've included detailed information for commencement events for the College of Letters and Science, including:

- The principal commencement ceremony for the College on Friday, June 16 at 5 p.m. in Pauley Pavilion
- The 30 department graduations on June 17-18

For answers to many questions about Commencement, go to the FAQ page.

Your academic department may also have more details about its ceremony on the department Web site.

For information about all other UCLA Commencement events, Commencement history, UCLA traditions, "what to expect" and other general information, visit the main UCLA commencement site at www.commencement.ucla.edu.

The UCLA Alumni Association page (www.uclalumni.net) features information about senior class activities.

Commencement Tickets

Congratulations on your accomplishments! As you prepare to graduate, here is information about the 2006 College Senior Survey and commencement tickets.

The College Senior Survey, which takes about twenty minutes to complete, asks about

DEFENDANT'S EXHIBIT 3

your UCLA experience. Your responses will be used to strengthen undergraduate education. To order your commencement tickets, click on the link below. Before placing your order you will be asked to complete the College Senior Survey questionnaire or to opt out. Participation is voluntary and your decision will not affect your access to commencement tickets.

To access the senior survey web site, click on the link below. Once you click on the link, you will be directed to the MyUCLA web portal. At the MyUCLA page, you will need to logon using your student identification and pin number. After logging on, you will be directed to your MyUCLA notification, which explains how to access the Senior Survey and commencement ticket ordering information.

Order Tickets

Please note: tickets are required for your guests at all Commencement ceremonies. And, you need a student ticket to participate in the main College Commencement ceremony.

Online ticket ordering through MyUCLA will begin on Monday, May 1 and end on Tuesday, May 16.

Ticket pickup will be available at the Central Ticket Office at the James West Alumni Center from May 22 to June 2. See the Commencement ticketing page.

Doors open for the main College Commencement ceremony in Pauley Pavilion at 4 p.m.

Commencement Weekend is a celebration of your academic accomplishments. Congratulations!


1312 Murphy Hall · Los Angeles, CA 90095-1492
Hotline: (310) 206-1232 · Questions: (310) 206-3535 · LScvents@support.ucla.edu


   University of California   Terms of Use/©2004 UC Regents   Disability Resources   Emergency