

# Facilities

**Cancellations**
Reservations may be changed or canceled until 6 pm the day before scheduled arrival without charge, with the exception of suite reservations or reservations for UCLA graduation weekend.

**Check-In and Check-Out Times**
Our check-out time is noon. Our check-in time is 3 pm, but we are pleased to check guests in early than that if their room is ready earlier. You can always drop off your car and luggage earlier or keep it here later as needed.

**Credit Cards**
We accept all major credit cards, including Visa, MasterCard, American Express, Diners Club, JCB, and the Discover Card. Unfortunately, we do not accept checks except when received by the hotel ten days in advance of arrival.

**Family Plan**
Our rooms with one queen or king size bed accommodate up to two people and our rooms with two double beds accommodate up to three people, regardless of age. If your immediate family requires more than one, we will offer you two or more rooms at the rate for one adult for each room. Children under 18 years in age are not counted in determining the room rate. Cribs are available at no charge, but must be reserved in advance as we have a limited number available.

**Hair Driers**
Hair driers and make-up mirrors are installed in all guestroom bathrooms.

**Internet Usage**
All telephones are equipped with a data jack to enable laptop connections. The hotel does not, however, provide internet access, guests must use their own internet accounts. There are nearby facilities which can be used to access the internet for a fee.

**Laundry/Dry Cleaning**
Valet Service is available seven days a week. Clothes sent out by 9 am will be returned the same day by 6 pm. A self-service, coin-operated washer and drier are also available for our guests' use 24 hours a day.

**Non-Smoking Rooms**
The entire Hilgard House Hotel is non-smoking. We are sorry, but no smoking rooms are available.

**Parking**
Parking is available in the hotel on a complimentary basis for one regular size vehicle. Parking for oversized (more than 6' 0" tall or longer than 17' 6") trucks, vans and SUV's is available nearby for a small fee.

**Pet Policy**
Unfortunately we cannot accept any pets.

DEFENDANT'S EXHIBIT 4

**Restaurants**
While the Hilgard House Hotel does not have a restaurant, a complimentary continental breakfast is served in the lobby each morning, or can be delivered to your room.
There are more than 60 restaurants within an easy walk from the hotel, and many of them will deliver directly to your room. Menus for some of these are available at the front desk.

**Safes**
All hotel rooms are equipped with digital safes.

**Telephone Instructions and Rates**
Our Long distance carrier is QWEST
There is an access charge for all local, collect and 800 & 888 calls of 50 cents for the first thirty minutes and 25 cents per minute after that.

**Television**
All rooms are equipped with 25 inch color televisions and receive satellite channels including HBO, Showtime, Cinemax, ESPN, CNBC and the Fox Network News.

927 Hilgard Avenue, Los Angeles, CA 90024  Tel: 310-208-3945  Fax: 310-208-1972  Rsrv: 800-826-3934

Questions or Reservations: Reservations@HilgardHouse.com