IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Government Relations, Inc., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-1081 (CKK) |
| ) | |
| Allynn Howe, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**PRAECIPE**

In his Memorandum in Opposition to Plaintiff's Motion to Enlarge Time filed earlier today, Defendant inadvertently omitted cite information when quoting from *Maupin v. U.S. Department of Energy* in paragraph 7. The full citation to the slip opinion in that case is *Maupin v. U.S. Department of Energy,* 2005 WL 3211883 (D.D.C. 2005). The quoted material can be found at *Maupin v. U.S. Department of Energy,* 2005 WL 3211883 at *4. The undersigned regrets any inconvenience cause by this error.

                                            Respectfully submitted,

                                            /s/ Anne M. Wagner
                                            Anne M. Wagner, D.C. Bar No.
                                            820 First Street, NE
                                            Suite 580
                                            Washington, D.C. 20002
                                            (202) 512-3836 (phone)
                                            (202) 512-7522 (fax)
                                            *Lead Counsel for Defendant Allynn Howe*

Dated:  June 27, 2006