**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Government Relations, Inc., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-1081 (CKK) |
| ) | |
| Allynn Howe, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion To Amend Nunc Pro Tunc, and Defendant's Opposition thereto, and all other proceedings in this action, it is hereby

ORDERED that Plaintiff's Motion to Amend Nunc Pro Tunc is hereby denied.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

cc:   David E. Fox
      D.C. Bar. No. 165258
      1325 18th Street, NW #103
      Washington, D.C. 20036
      dfox159937@aol.com

      Anne M. Wagner
      D.C. Bar No. 435728
      820 First Street NE, Suite 580
      Washington, D.C. 20002
      wagnea@aol.com

      Todd A. Bromberg
      D.C. Bar No. 472554
      Wiley Rein & Fielding LLP
      1776 K Street NW
      Washington, DC 20006
      tbromberg@wrf.com

2