MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov.
To:DCD_ECFNotice@dcd.uscourts.gov
Message-Id:<801623@dcd.uscourts.gov.>
Subject:Activity in Case 1:05-cv-01081-CKK GOVERNMENT RELATIONS INC v. HOWE "Motion for Extension of Time to"
Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS***You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from Fox, David E. entered on 6/20/2005 at 10:24 PM and filed on 6/20/2005

**Case Name:**       GOVERNMENT RELATIONS INC v. HOWE
**Case Number:**     1:05-cv-1081
**Filer:**           GOVERNMENT RELATIONS INC
**Document Number:** 5

**Docket Text:**
Consent MOTION for Extension of Time to *File Opposition To Defendant's Motion To Dismiss Plaintiff's Complaint* by GOVERNMENT RELATIONS INC. (Fox, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\Richard\My Documents\Motion Enlarge time-DC-Government Relations.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=6/20/2005] [FileNumber=801621-0]
[0032d3f72e0cae6a8a0484640562dbe088227df864cd929c7f5763b0065dbbfd92ae4
5cc7c13fc3a7faaeb7f17bb63d476d5322c8dc53ab70af48e8a8745de22]]

**1:05-cv-1081 Notice will be electronically mailed to:**

Todd A. Bromberg     tbromberg@wrf.com

David E. Fox     dfox159937@aol.com

**1:05-cv-1081 Notice will be delivered by other means to:**

Case 1:05-cv-01081-CKK    Document 26-3    Filed 07/11/2006    Page 2 of 2