```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov.
To:DCD_ECFNotice@dcd.uscourts.gov
Message-Id:<1101481@dcd.uscourts.gov.>
Subject:Activity in Case 1:05-cv-01081-CKK GOVERNMENT RELATIONS INC v.
HOWE "Order on Motion to Dismiss"
```
Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from lcckk1, entered on 5/9/2006 at 6:04 PM and filed on 5/9/2006

**Case Name:**         GOVERNMENT RELATIONS INC v. HOWE
**Case Number:**       1:05-cv-1081
**Filer:**
**Document Number:** 15

**Docket Text:**
ORDER denying without prejudice [2] Motion to Dismiss, granting [12] Motion to Amend Complaint, and postponing initial scheduling conference set for June 12, 2006, at 10:30 a.m. to a time yet to be determined by the Court. Signed by Judge Colleen Kollar-Kotelly on May 9, 2006. (lcckk1)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**O:\ECF Orders and Opinions\2005\Govt Relations v. Howe\Order 5.9.06.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/9/2006] [FileNumber=1101479-0]
[68ab15f43441ef071225e25e6dee3cc08d255c8d2be46d02bf34f8aa60660d5ab7829
56e4af400709015be4610cbf11af6c33a79c66bf332c8f821170263b37a]]


**1:05-cv-1081 Notice will be electronically mailed to:**
Todd A. Bromberg     tbromberg@wrf.com

David E. Fox     dfox159937@aol.com

**1:05-cv-1081 Notice will be delivered by other means to:**

Case 1:05-cv-01081-CKK    Document 26-4    Filed 07/11/2006    Page 2 of 2