MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov.
To:DCD_ECFNotice@dcd.uscourts.gov
Message-Id:<1151394@dcd.uscourts.gov.>
Subject:Activity in Case 1:05-cv-01081-CKK GOVERNMENT RELATIONS INC v. HOWE "Motion for Extension of Time to Amend"
Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from Fox, David E. entered on 7/5/2006 at 1:37 PM and filed on 7/5/2006

**Case Name:**    GOVERNMENT RELATIONS INC v. HOWE
**Case Number:**    1:05-cv-1081
**Filer:**    GOVERNMENT RELATIONS INC
**Document Number:** 24

**Docket Text:**
MOTION for Extension of Time to Amend by GOVERNMENT RELATIONS INC. (Fox, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\Owner.YOUR-615E5B0F6A\My Documents\howemot%255B2%255D.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/5/2006] [FileNumber=1151392-0]
[0563780aed97722c07578f91f5f281c2de978fdcefce974960b18debbdecd28962176
7a43e2a93b19b46bce6137ee2fb0e4176231135df10a4d99b7d0f283d45]]

**1:05-cv-1081 Notice will be electronically mailed to:**

Todd A. Bromberg    tbromberg@wrf.com

David E. Fox    dfox159937@aol.com

Anne M. Wagner     wagnea@aol.com

**1:05-cv-1081 Notice will be delivered by other means to:**