MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov.
To:DCD_ECFNotice@dcd.uscourts.gov
Message-Id:<1151880@dcd.uscourts.gov.>
Subject:Activity in Case 1:05-cv-01081-CKK GOVERNMENT RELATIONS INC v. HOWE "Additional Attachment"
Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from Fox, David E. entered on 7/5/2006 at 5:19 PM and filed on 7/5/2006

**Case Name:**   GOVERNMENT RELATIONS INC v. HOWE
**Case Number:**   1:05-cv-1081
**Filer:**   GOVERNMENT RELATIONS INC
**Document Number:** 25

**Docket Text:**
ADDITIONAL ATTACHMENT *to Second Amended Complaint* by GOVERNMENT RELATIONS INC [24] MOTION for Extension of Time to Amend filed by GOVERNMENT RELATIONS INC,. (Fox, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\Owner.YOUR-615E5B0F6A\My Documents\howe.pra.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/5/2006] [FileNumber=1151878-0]
[2f73dfc8490e64b2a831c9c4087b9c328d050113e6ce1c1388ab8e095595787b35029
80a288294da18d3a1aa54e0ded6b007f7534f719526dffccc65971fee59]]


**1:05-cv-1081 Notice will be electronically mailed to:**

Todd A. Bromberg     tbromberg@wrf.com

David E. Fox     dfox159937@aol.com

Anne M. Wagner    wagnea@aol.com

**1:05-cv-1081 Notice will be delivered by other means to:**