UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT RELATIONS INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> ALLYNN HOWE, <br><br> Defendant/Counterclaimant. | Civil Action No. 05–1081 (CKK) |

**ORDER**
(January 24, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 24th day of January, 2007, hereby

ORDERED Plaintiff's [24] Motion to Amend Complaint Nunc Pro Tunc is DENIED; it is also

ORDERED that Plaintiff's [21] Motion to Enlarge Time is DENIED; it is also

ORDERED that Defendant's [18] Motion to Dismiss is GRANTED; it is also

ORDERED that Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE in its entirety; it is also

ORDERED that Defendant/Counterclaimant Howe shall file a notice with the Court by February 7, 2007, as to whether he plans to proceed with his counterclaims.

                                                          /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge