IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Government Relations, Inc., | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) Civil Action No. 1:05-cv-1081 (CKK) |
| Allynn Howe, | ) |
| Defendant/Counter-Claimant. | ) |

**DEFENDANT'S NOTICE WITH REGARD TO THE COUNTERCLAIMS**

On January 24, 2007, the Court issued an Order and Opinion dismissing Plaintiff's Amended Complaint in its entirety with prejudice. The Court also asked the Defendant to provide notice by February 7, 2007 with regard to his intent to proceed with his counterclaims. Defendant hereby states that he intends to seek a voluntary dismissal of his counterclaims without prejudice under Fed.R.Civ.P. 41(a)(2) and will file the appropriate motion by February 9, 2007.

Respectfully submitted,

/s/ Anne M. Wagner
Anne M. Wagner, D.C. Bar No. 435728
820 First Street, NE, Suite 580
Washington, D.C. 20002
(202) 512-3836
(202) 512-7522 (fax)
*Lead Counsel for Defendant Allynn Howe*

/s/ Todd A. Bromberg
Todd A. Bromberg D.C. Bar No. 472554
WILEY REIN LLP
1776 K Street NW

Washington, D.C. 20006
(202) 719-7000
(202) 719-7049 (fax)
*Attorney for Defendant Allynn Howe*

PDF Creator - PDF4Free v2.0                              http://www.pdf4free.com