## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
Government Relations, Inc.,           )
                                      )
    Plaintiff/Counter-Defendant,   )
                                      )
                                      )
v.                                    )   Civil Action No. 1:05-cv-1081 (CKK)
                                      )
Allynn Howe,                          )
                                      )
    Defendant/Counter-Claimant.    )
_____)

## DEFENDANT'S MOTION
## FOR VOLUNTARY DISMISSAL OF COUNTERCLAIMS

Pursuant to Fed.R.Civ.P. 41(a)(2), Defendant, Allynn Howe, hereby respectfully requests that the Court issue an Order dismissing his counterclaims without prejudice. As grounds for this request, Mr. Howe states as follows:

1. The Complaint in this case was filed on May 6, 2005 and subsequently removed to this Court on May 31, 2005. On June 16, 2005, the Defendant filed his Answer and Counterclaims. The latter included breach of contract, fraud and fraudulent inducement to enter a contract, and tortious interference with prospective business relationships. On July 7, 2005, the Plaintiff filed an Answer to Defendant's Counterclaims. The Plaintiff thereafter amended its complaint, to which Defendant responded with a motion to dismiss.

2. On January 24, 2007, the Court issued an Order and Opinion dismissing Plaintiff's Amended Complaint in its entirety and with prejudice.

3. Under Fed.R.Civ.P. 41(a)(2) and (c), a party may voluntarily dismiss a counterclaim after a responsive pleading has been served only by Order of the court. A dismissal under Fed.R.Civ.P. 41 is generally without prejudice. In light of the Court's dismissal with prejudice of the Plaintiff's Amended Complaint, Defendant believes that continuing this litigation would not be in his best interest, and, therefore, seeks the Court's leave to dismiss his counterclaims without prejudice.

WHEREFORE, Defendant respectfully requests that the Court issue an order granting his request for a voluntary dismissal of his counterclaims without prejudice.

Respectfully submitted,

/s/ Anne M. Wagner
Anne M. Wagner, D.C. Bar No. 435728
820 First Street, NE, Suite 580
Washington, D.C. 20002
(202) 512-3836
(202) 512-7522 (fax)
*Lead Counsel for Defendant Allynn Howe*

/s/ Todd A. Bromberg
Todd A. Bromberg D.C. Bar No. 472554
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
(202) 719-7000
(202) 719-7049 (fax)
*Attorney for Defendant Allynn Howe*

PDF Creator - PDF4Free v2.0                http://www.pdf4free.com