# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
Government Relations, Inc.,           )
                                      )
    Plaintiff/Counter-Defendant,  )
                                      )
                                      )
v.                                    )  Civil Action No. 05-1081 (CKK)
                                      )
Allynn Howe,                          )
                                      )
    Defendant/Counter-Claimant.   )
_____)

## PROPOSED ORDER

Upon consideration of Defendant's Motion for a Voluntary Dismissal of his counterclaims under Fed.R.Civ.P. 41, it is hereby

ORDERED that Defendant's Motion for Voluntary Dismissal of his counterclaims is GRANTED; it is further

ORDERED that Defendant's counterclaims be dismissed without prejudice.

                                        /s/_____
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge

cc:    David E. Fox
        D.C. Bar No. 165258
        dfox159937@aol.com

        Anne M. Wagner
        D.C. Bar No. 435728
        wagnea@aol.com

        Todd A. Bromberg
        D.C. Bar No. 472554
        tbromberg@wileyrein.com